**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ANNIE BAYLESS** | ) | |
| | ) | |
| **V.** | ) | **3-06-CV-892-R** |
| | ) | |
| **ST. FARM INS.** | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr.,  made findings, conclusions

and a recommendation in this case.  No objections were filed.  The District Court reviewed the

proposed findings, conclusions and recommendation for plain error.  Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 27th day of November, 2006.


_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE